

# Fourth Court of Appeals
## San Antonio, Texas

July 23, 2015

No. 04-15-00070-CV

**SKYLINE EMS INC.** and Juan "Johnny" Cordero,
Appellants

v.

**AR CONCEPTS INC.**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-15618
The Honorable Richard E. Price, Judge Presiding

## O R D E R

Appellee's brief was due on July 13, 2015. *See* TEX. R. APP. P. 38.6(b). On July 20, 2015, Appellee filed an unopposed first motion for an extension of time to file its brief until August 17, 2015, for an extension of thirty-five days.

Appellee's motion is GRANTED. Appellee must file its brief with this court by August 17, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of July, 2015.

_____
Keith E. Hottle
Clerk of Court